DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-Mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-Mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-Mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada  89139-5974
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorney for Defendant,*
*SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NOMURA ASSET ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR3 AKA HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NAAC 2006-AR3, a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company,<br><br>Defendants. | Case No.:  2:17-cv-01497-RFB-PAL<br><br>**SFR INVESTMENTS POOL 1, LLC'S DEMAND FOR SECURITY OF COSTS PURSUANT TO NRS 18.130(1)** |

**SFR INVESTMENTS POOL 1, LLC'S DEMAND FOR SECURITY OF COSTS PURSUANT TO NRS 18.130(1)**

Defendant SFR INVESTMENTS POOL 1, LLC ("SFR") hereby demands that Plaintiff

HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NOMURA ASSET

ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES

2006-AR3 AKA HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NAAC

KIMGILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

1 2006-AR3 ("HSBC BANK" or "Bank"), an out-of-state resident, post a cost bond pursuant to
2 NRS 18.130(1).

3     In Nevada, if a plaintiff resides outside of Nevada or is a foreign corporation, like the
4 Bank, "security for the costs and charges which may be awarded against such plaintiff may be
5 required by defendant, by the filing and service on plaintiff of a written demand therefor within
6 the time limited for answering the complaint." NRS 18.130(1). When a defendant demands a
7 cost bond, "all proceedings in the action shall be stayed" until plaintiff files "an undertaking,
8 executed by two or more persons, to be filed with the clerk, to the effect that they will pay such
9 costs and charges as may be awarded against the plaintiff by judgment, or in the progress of the
10 action" or "in lieu of such undertaking, the plaintiff may deposit $500, lawful money, with the
11 clerk of the court." *Id.* "After the lapse of 30 days from the service of notice that security is
12 required, or of an order for new or additional security, upon proof thereof, and that no
13 undertaking as required has been filed, the court or judge may order the action to be dismissed."
14 NRS 18.130(4).

15     "It is the policy of the United States District Court for the District of Nevada to enforce
16 the requirements of NRS 18.130 in diversity actions." *Feagins v. Trump Organization*, 2012 WL
17 925027 (D. Nev.)(*citing Hamar v. Hyatt Corp*., 98 F.R.D. 305, 305-6 (D. Nev. 1983); *Arrambide
18 v. St. Mary's Hosp., Inc.*, 647 F.Supp. 1148, 1149 (D. Nev. 1986)).

19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

KIMGILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

Here HSBC BANK is not a Nevada citizen, but rather a national banking association organized under the laws of the United States, with its main office located in New York. Accordingly, SFR demands that the Bank post a $500 cost bond within thirty (30) days and that the proceedings be stayed until such cost bond is posted. Should the Bank fail to comply with the requirements of NRS 18.130 within thirty (30) days, SFR requests this action be dismissed.

DATED this __20th__ day of June, 2017.

KIM GILBERT EBRON

By: _/s/ Diana Cline Ebron_
DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-Mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-Mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-Mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
_Attorney for Defendant,_
_SFR Investments Pool 1, LLC_

Having reviewed and considered the matter, and defendant having advised the court that it has no objection (_see_ ECF No. 15),

**IT IS SO ORDERED**.

Dated this 31st day of October, 2017.

Peggy A. Leen
United States Magistrate Judge

KIMGILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

**CERTIFICATE OF SERVICE**

I hereby certify that on the __20th__ day of June, 2017, pursuant to FRCP 5(b)(2)(E), I caused service of a true and correct copy of the foregoing **SFR INVESTMENTS POOL 1, LLC'S DEMAND FOR SECURITY OF COSTS PURSUANT TO NRS 18.130(1)** to be made electronically via the U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system upon the following parties at the e-mail addresses listed below:

Kelly H. Dove, Esq.
Michael Paretti, Esq.
Snell & Wilmer LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169-0965
E-Mail: kdove@swlaw.com
        mparetti@swlaw.com
*Attorney for Plaintiff,*
*HSBC Bank USA, National Association as Trustee for Nomura Asset Acceptance Corporation,*
*Mortgage Pass-Through Certificates, Series 2006-AR3 aka HSBC Bank USA, National*
*Association as Trustee for NAAC 2006-AR3*

_/s/ Michael L. Sturm_
MICHAEL L. STURM, an employee of
KIM GILBERT EBRON

I hereby certify that on the __20th__ day of June, 2017, pursuant to FRCP 5(b)(2)(C), I caused service of a true and correct copy of the foregoing **SFR INVESTMENTS POOL 1, LLC'S DEMAND FOR SECURITY OF COSTS PURSUANT TO NRS 18.130(1)** to be made via U.S. Mail, postage prepaid, upon the following parties listed below:

Alessi & Koenig, LLC
c/o Robert A. Koenig
9500 West Flamingo Road, Suite 101
Las Vegas, Nevada  89147-5720
*Registered Agent for Defendant,*
*Alessi & Koenig, LLC*

Southern Highlands Community Association
c/o Olympia Management Services, LLC
11411 Southern Highlands Parkway, Suite 100
Las Vegas, Nevada  89141-3265
*Registered Agent for Defendant,*
*Southern Highlands Community Association*

_/s/ Sierra Stepp_
SIERRA STEPP, an employee of
KIM GILBERT EBRON

**KIMGILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301