Kelly H. Dove, Esq.
Nevada Bar No. 10569
Michael Paretti, Esq.
Nevada Bar No. 13926
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702-784-5200
Facsimile: 702-784-5252
Email: kdove@swlaw.com
       mparetti@swlaw.com
*Attorneys for Plaintiff HSBC Bank USA, National Association as Trustee for Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2006-AR3 AKA HSBC Bank USA, National Association as Trustee for NAAC 2006-AR3*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NOMURA ASSET ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR3 AKA HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NAAC 2006-AR3, a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company,<br><br>Defendants. | Case No. 2:17-cv-01497-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO SFR INVESTMENTS POOL 1, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT [ECF No. 1] PURSUANT TO FRCP 12(b)(6)**<br><br>**(FIRST REQUEST)** |

Plaintiff HSBC Bank USA, National Association as Trustee for Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2006-AR3 AKA HSBC Bank USA, National Association as Trustee for NAAC 2006-AR3 ("HSBC"), together with Defendant SFR Investments Pool 1, LLC ("SFR") (the "Parties"), by and through their respective counsel, hereby stipulate and agree to an extension for HSBC to respond to SFR's Motion to Dismiss filed on

4813-1549-7304

November 27, 2017 [Doc. No. 20]. HSBC's response to the Motion to Dismiss is currently due December 11, 2017. For the convenience of the Parties and in order to address the rapidly evolving law, the Parties stipulate and agree to extend the briefing schedule and the timing for responses and replies to the Motion. The Parties request the Court extend HSBC's deadline to December 18, 2017. This is the Parties' first extension request. This stipulated extension request is sought in good faith and is not made for the purpose of delay.

Therefore, the Parties jointly agree for an extension to December 18, 2017 for HSBC to respond to SFR's Motion to Dismiss.

DATED this 11th day of December, 2017.         DATED this 11th day of December, 2017.

KIM GILBERT EBRON                               SNELL & WILMER L.L.P.

By: */s/ Diana S. Ebron*                        By: */s/ Kelly H. Dove*
    Diana S. Ebron, Esq.                            Kelly H. Dove, Esq.
    Nevada Bar No. 10580                            Nevada Bar No. 10569
    Jacqueline A. Gilbert, Esq.                     Michael Paretti, Esq.
    Nevada Bar No. 10593                            Nevada Bar No. 13926
    Karen L. Hanks, Esq.                            SNELL & WILMER L.L.P.
    Nevada Bar No. 9578                             3883 Howard Hughes Parkway, Suite 1100
    7625 Dean Martin Drive, Suite 110               Las Vegas, Nevada 89169
    Las Vegas, Nevada 89139-5974                    Telephone: 702-784-5200
    Telephone: (702) 485-3300                       Facsimile: 702-784-5252
    Facsimile: (702) 485-3301                       *Attorneys for Plaintiff HSBC Bank USA,*
    *Attorney for Defendant,*                       *National Association as Trustee for Nomura*
    *SFR Investments Pool 1, LLC*                   *Asset Acceptance Corporation, Mortgage*
                                                    *Pass-Through Certificates, Series 2006-AR3*
                                                    *AKA HSBC Bank USA, National Association*
                                                    *as Trustee for NAAC 2006-AR3*

**ORDER**

**IT IS SO ORDERED**.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 12th day of December, 2017.

4813-1549-7304