Kelly H. Dove, Esq.
Nevada Bar No. 10569
Michael Paretti, Esq.
Nevada Bar No. 13926
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702-784-5200
Facsimile: 702-784-5252
Email: kdove@swlaw.com
mparetti@swlaw.com
*Attorneys for Plaintiff HSBC Bank USA, National Association as Trustee for Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2006-AR3 AKA HSBC Bank USA, National Association as Trustee for NAAC 2006-AR3*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NOMURA ASSET ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR3 AKA HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NAAC 2006-AR3, a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company;<br><br>Defendants. | Case No. 2:17-cv-01497-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**(SECOND REQUEST)** |

Plaintiff HSBC Bank USA, National Association as Trustee for Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2006-AR3 AKA HSBC Bank USA, National Association as Trustee for NAAC 2006-AR3 ("HSBC") and Defendant Southern Highlands Community Association (the "HOA"), by and through their respective counsel, hereby

4811-7841-4948

stipulate and agree to an extension for HSBC to respond to the HOA's Motion for Judgment on the Pleadings (the "Motion") filed on April 5, 2018 [Doc. No. 26]. HSBC's response to the Motion is currently due May 3, 2018. This is the Parties' second extension request. Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 6-1, there exists good cause to grant this extension to respond for the following reasons:

1. Counsel for Wells Fargo is analyzing the potential for resolution of the instant dispute and early resolution options that may obviate the need for Wells Fargo's response.

2. The Parties agreed to the extension requested herein.

3. This stipulated extension request is sought in good faith and is not made for the purpose of delay.

Therefore, the Parties jointly agree for an extension to May 17, 2018 for HSBC to respond to the Motion.

Dated: May 3, 2018

ALVERSON, TAYLOR, MORTENSEN & SANDERS

By: */s/ Kurt R. Bonds*
    Kurt R. Bonds, Esq.
    Nevada Bar No. 6228
    6605 Grand Montecito Parkway, Suite 200
    Las Vegas, NV 89149
    *Attorneys for Defendant Southern Highlands Community Association*

Dated: May 3, 2018

SNELL & WILMER L.L.P.

By: */s/ Michael Paretti*
    Kelly H. Dove, Esq.
    Nevada Bar No. 10569
    Michael Paretti, Esq.
    Nevada Bar No. 13926
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, Nevada 89169
    *Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED**.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 4th day of May, 2018.

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION'S MOTION FOR JUDGMENT ON THE PLEADINGS (SECOND REQUEST)** by the method indicated:

|   |   |
|---|---|
| _____ | U.S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission |
| _____ | Overnight Mail |
| _____ | Federal Express |
| _____ | Hand Delivery |
| __X__ | Electronic Filing |

and addressed to the following:

Diana Cline Ebron, Esq.
Jacqueline A. Gilbert, Esq.
Karen L. Hanks, Esq.
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
diana@kgelegal.com
jackie@kgelegal.com
karen@kgelegal.com
*Attorneys for Defendant SFR Investments Pool 1, LLC*

Kurt R. Bonds, Esq.
David Rothenberg, Esq.
Alverson, Taylor, Mortensen & Sanders
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149
efile@alversontaylor.com
*Attorneys for Defendant Southern Highlands Community Association*

DATED May 3, 2018

*/s/ Maricris Williams*
An Employee of Snell & Wilmer L.L.P.

- 3 -

4811-7841-4948