Kelly H. Dove, Esq.
Nevada Bar No. 10569
Michael Paretti, Esq.
Nevada Bar No. 13926
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702-784-5200
Facsimile: 702-784-5252
Email: kdove@swlaw.com
       mparetti@swlaw.com
*Attorneys for Plaintiff HSBC Bank USA, National Association as Trustee for Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2006-AR3 AKA HSBC Bank USA, National Association as Trustee for NAAC 2006-AR3*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NOMURA ASSET ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR3 AKA HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NAAC 2006-AR3, a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company,<br><br>Defendants. | Case No. 2:17-cv-01497-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO SFR INVESTMENTS POOL 1, LLC'S RENEWED MOTION TO DISMISS PLAINTIFF'S COMPLAINT [ECF No. 1] PURSUANT TO FRCP 12(b)(6) and 12(b)(7)**<br><br>**(SECOND REQUEST)** |

Plaintiff HSBC Bank USA, National Association as Trustee for Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2006-AR3 AKA HSBC Bank USA, National Association as Trustee for NAAC 2006-AR3 ("HSBC"), together with Defendant SFR Investments Pool 1, LLC ("SFR") (the "Parties"), by and through their respective counsel, hereby stipulate and agree to an extension for HSBC to respond to SFR's Renewed Motion to Dismiss

4853-2228-8498

1  filed on August 23, 2018 [Doc. No. 35]. HSBC's response to the Motion to Dismiss is currently
2  due September 13, 2018. For the convenience of the Parties and in order to address the rapidly
3  evolving law, the Parties stipulate and agree to extend the briefing schedule and the timing for
4  responses and replies to the Motion. The Parties request the Court extend HSBC's deadline to
5  September 20, 2018. This is the Parties' second extension request. This stipulated extension
6  request is sought in good faith and is not made for the purpose of delay.

Therefore, the Parties jointly agree for an extension to September 20, 2018 for HSBC to respond to SFR's Motion to Dismiss.

DATED this 13th day of September, 2018.   DATED this 13th day of September, 2018.

KIM GILBERT EBRON   SNELL & WILMER L.L.P.


By: */s/ Diana S. Ebron*   By: */s/ Michael Paretti*
Diana S. Ebron, Esq.   Kelly H. Dove, Esq.
Nevada Bar No. 10580   Nevada Bar No. 10569
Jacqueline A. Gilbert, Esq.   Michael Paretti, Esq.
Nevada Bar No. 10593   Nevada Bar No. 13926
Karen L. Hanks, Esq.   SNELL & WILMER L.L.P.
Nevada Bar No. 9578   3883 Howard Hughes Parkway, Suite 1100
7625 Dean Martin Drive, Suite 110   Las Vegas, Nevada 89169
Las Vegas, Nevada 89139-5974   Telephone: 702-784-5200
Telephone: (702) 485-3300   Facsimile: 702-784-5252
Facsimile: (702) 485-3301   *Attorneys for Plaintiff HSBC Bank USA,*
*Attorney for Defendant,*   *National Association as Trustee for Nomura*
*SFR Investments Pool 1, LLC*   *Asset Acceptance Corporation, Mortgage*
   *Pass-Through Certificates, Series 2006-AR3*
   *AKA HSBC Bank USA, National Association*
   *as Trustee for NAAC 2006-AR3*

**ORDER**

**IT IS SO ORDERED**.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED  September 14, 2018

- 2 -

4853-2228-8498

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO SFR INVESTMENTS POOL 1, LLC'S RENEWED MOTION TO DISMISS PLAINTIFF'S COMPLAINT [ECF No. 1] PURSUANT TO FRCP 12(b)(6) and 12(b)(7)** by the method indicated:

| | |
|---|---|
| _____ | U.S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission |
| _____ | Overnight Mail |
| _____ | Federal Express |
| _____ | Hand Delivery |
| ___X___ | Electronic Filing |

and addressed to the following:

Diana Cline Ebron, Esq.
Jacqueline A. Gilbert, Esq.
Karen L. Hanks, Esq.
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
diana@kgelegal.com
jackie@kgelegal.com
karen@kgelegal.com
*Attorneys for Defendant SFR Investments Pool 1, LLC*

Kurt R. Bonds, Esq.
David Rothenberg, Esq.
Alverson, Taylor, Mortensen & Sanders
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149
efile@alversontaylor.com
*Attorneys for Defendant Southern Highlands Community Association*

DATED September 13, 2018

*/s/ Maricris Williams*
An Employee of Snell & Wilmer L.L.P.

- 3 -

4853-2228-8498