UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NOMURA ASSET ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR3 AKA HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NAAC 2006-AR3, a national banking association,<br><br>Plaintiff,<br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company, SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation, ALESSI & KOENIG, LLC, a Nevada limited-liability company,<br><br>Defendants. | Case No. 2:17-cv-01497-RFB-PAL<br><br>**SECOND AMENDED ORDER** |

Plaintiff HSBC Bank USA, National Association opened this case by filing a complaint on May 26, 2017. Plaintiff filed a certificate of cash deposit of $500 pursuant to NRS 18.130(1) on November 9, 2017. ECF No. 19. The Court granted judgment in favor of Defendant SFR Investments Pool 1, LLC on January 6, 2019. ECF Nos. 52 (Order Granting Dismissal), 53 (Clerk's Judgment). However, the judgment did not address the certificate of cash deposit, noticing the Court of Plaintiff's deposit of $500 in relation to the security cost bond required under NRS 18.130(1). The Court now corrects its Order to include instructions regarding the $500 deposit.

1

1     **IT IS ORDERED** that the $500 deposit, plus interest, be refunded in accordance with the certificate of cash deposit, ECF No. 19, to:

    HSBC Bank USA c/o Snell & Wilmer L.L.P.

    3883 Howard Hughes Parkway, Suite 1100

    Las Vegas, NV 89169s

unless a party objects to this order by no later than 10 days.

    DATED this 23rd day of August, 2019.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**